FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

Friday, July 26, 2013

No. 04-12-00584-CR

Ruben Reyna, Jr.,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 2010CR6862

# O R D E R

      The Court has reviewed the record and briefs in this appeal and the majority of the judges have determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on Wednesday, September 04, 2013, to the following panel: Justice Angelini, Justice Barnard, and Justice Martinez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

      Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

      It is so **ORDERED** on Friday, July 26, 2013.

_____
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this Friday, July 26, 2013.

_____
Keith E. Hottle, Clerk